UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

April 15, 2013

RE: *Woodard-Charity v. Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.*
PWG-11-3555

**LETTER ORDER**

Dear Counsel, Ms. Woodard-Charity, and Ms. Daniels:

    This letter order addresses Defendant Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.'s Motion to Compel Plaintiff Tasha L. Woodard-Charity to Respond to Discovery, ECF No. 25. By way of background, Defendant served interrogatories and document production requests on Plaintiff on January 8, 2013. Def.'s Mot. ¶ 1. Plaintiff requested additional time to respond, and Defendant agreed to extend Plaintiff's deadline from February 11, 2013 to February 25, 2013. *Id.* ¶ 3. Plaintiff nonetheless failed to respond, and on March 13, 2013, Defendant filed the pending motion. On the same day, Plaintiff's counsel moved to withdraw, based on his client's unresponsiveness to the discovery requests. ECF No. 26. The Court granted counsel's motion on March 18, 2013, and sent a copy of its order granting counsel's request to Plaintiff via certified mail. ECF No. 28. In counsel's Motion to Withdraw, he requested that Plaintiff have additional time to respond to discovery, but the Court denied that request. Mar. 18, 2013 Ltr. Order 1.

    The Court scheduled a conference call regarding discovery for April 15, 2013, and notified Ms. Woodard-Charity by certified mail on March 29, 2013. ECF No. 30. Defense counsel mailed a letter to Ms. Woodard-Charity on April 9, 2013, notifying her of the call-in information for the conference call. ECF No. 32. Additionally, the Court issued a letter order on April 9, 2013, and sent a copy to Ms. Woodard-Charity by certified mail on the same day, directing the parties to review the Court's discovery order prior to the April 15, 2013 call. ECF No. 33. All correspondence to Plaintiff was sent to the address provided by her counsel, 127 Finsbury Street, Durham, North Carolina 27703.

    Despite the repeated notice, Ms. Woodard-Charity did not participate in the call or request that the Court reschedule the call or extend her deadline for responding to Defendant's discovery requests. In light of that, Defendant's Motion to Compel is hereby GRANTED. Ms. Woodard-Charity is ordered to mail to Defendant answers to Defendant's discovery requests within twenty-one (21) days of the date of this letter order. Plaintiff's answers shall be complete and non-evasive, pursuant to Fed. R. Civ. P. 37(a)(4). **Failure to comply with this order may subject Plaintiff to sanctions including, if appropriate, sanctions under Fed. R. Civ. P. 37(b), which could include dismissal of the case.** This letter order disposes of ECF No. 25.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/

Paul W. Grimm
United States District Judge

cc: Tasha L. Woodard-Charity
   127 Finsbury St.
   Durham, NC 27703

   Alicia L. Daniels
   3166 Three Bridge Rd.
   Powhatan, VA 23139